**No. 10-8602. Harry Nolan Moody, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1550, 179 L. Ed. 2d 358, 2011 U.S. LEXIS 1237.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 373.